**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-4253**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

IGNACIO PINEDA-BERMUDEZ,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. William L. Osteen, District Judge. (CR-00-360)

———————————

Submitted: December 12, 2001      Decided: December 20, 2001

———————————

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

David B. Freedman, WHITE & CRUMPLER, Winston-Salem, North Carolina, for Appellant. Benjamin H. White, Jr., United States Attorney, Steven H. Levin, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ignacio Pineda-Bermudez appeals his conviction and sentence following his unconditional guilty plea to possession with intent to distribute cocaine hydrochloride, in violation of 21 U.S.C.A. §§ 841(a)(1), (b)(1)(B) (West 1999). Because Pineda-Bermudez waived his right to challenge pre-trial suppression issues when he failed to enter a conditional plea pursuant to Fed. R. Crim. P. 11(a)(2), we affirm. See Fed. R. Crim. P. 11(a)(2); United States v. Willis, 992 F.2d 489, 490 (4th Cir. 1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED